UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Chapter 13
Bankruptcy No.   18-30163-KAC

In Re:                          )
                                )
                                )
Troy R. Marx,                   )   **AMENDED NOTICE OF HEARING**
                                )   **AND MOTION TO APPROVE**
                                )   **APPLICATION FOR**
     Debtor,                    )   **COMPENSATION OR EXPENSES BY**
                                )   **ATTORNEY FOR DEBTOR**
                                )
                                )
                                )

TO:  THE DEBTOR, CHAPTER 13 TRUSTEE, UNITED STATES TRUSTEE AND OTHER PARTIES ENTITLED TO NOTICE UNDER LOCAL RULES 2001-1 AND 9013-3.

1. Nathan M. Hansen, attorney of record for the above-referenced debtor, moves the court for the relief requested below and gives notice of this hearing.

2. The court will hold a hearing on this motion at 10:45 a.m. on Thursday, August 9, 2018, before the Honorable Katherine A. Constantine, United States Bankruptcy Judge, at the United States Courthouse, Courtroom 2C, Second Floor, 316 North Robert Street, St. Paul, Minnesota.

3. Any response to this motion must be filed and served not later than Saturday, August 4, 2018, which is five days before the time set for the hearing (including Saturdays, Sundays, and holidays).  UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

1

4. The petition commencing this Chapter 13 case was filed on January 23, 2018 and the case is now pending in this court. The court has jurisdiction over this motion pursuant to 28 U.S.C. § 157 and § 1334, Fed. R. Bankr. P. 5005, Bankruptcy Local Rule 1070-1, 3015-2(b), and applicable rules. This proceeding is a core proceeding.

5. This Motion arises under 11 U.S.C. § 503(a) and (b) and 11 U.S.C. 507(a)(1). The relief is requested pursuant to Bankruptcy Rules 2016 and 9013 and Local Rules 2016-1, 9006-1 and 9013-2.

6. To date, the debtor has paid $180.00 to the Chapter 13 Trustee. Presently, the trustee has funds on hand in the amount of $166.83.

7. Movant requests the Court to enter and Order authorizing the Chapter 13 Trustee to disburse to Nathan M. Hansen, Attorney at Law in the ordinary course of business the sum of $1,800 towards remaining attorneys fees and $25.56 for postage for a total of $1,825.56 from the funds paid by the debtor into the debtor's Chapter 13 plan.

This motion is premised upon the attached Application for Compensation and upon all records and documents available to the Court.

WHEREFORE, the undersigned moves the Court for an order granting the following relief:

A. Approving the Application interposed by Nathan M. Hansen, Attorney at Law and allowing him compensation, for attorneys' fees of $1,800 and $26.56 for postage, in the aggregate amount of $1,825.56.

2

    B.    For such other relief as may be just and equitable.

Dated:  July 2, 2018                            /e/ Nathan M. Hansen
                                                                    Nathan M. Hansen
                                                                    Attorney for Debtor
                                                                    2440 North Charles Street, Suite 242
                                                                    North St. Paul, MN 55109
                                                                    651-704-9600
                                                                    651-704-9604 (fax)
                                                                    MN Attorney Reg. No. 0328017

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In Re: | Chapter 13 |
| **TROY ROBERT MARX,** | Bankruptcy No. 18-30163-KAC |
| Debtor | |

**UNSWORN CERTIFICATE OF SERVICE**

The undersigned certifies that on July 2, 2018, I served the AMENDED NOTICE OF HEARING AND MOTION TO APPROVE APPLICATION FOR COMPENSATION OR EXPENSES BY ATTORNEY FOR DEBTOR via First Class U.S. Mail upon the following parties at these addresses:

See attached.

Dated:  July 2, 2018

/e/ Nathan M. Hansen
Nathan M. Hansen
Attorney for the Debtor
2440 Charles Street North, Ste 242
North St. Paul, MN  55109
Attorney Reg. No. 328017
651-704-9600
651-704-9604 (fax)

```
Label Matrix for local noticing          AFFINITY PLUS                            Wells Fargo Bank, N.A.
0864-3                                   C/O DERRICK N WEBER                      c/o: Shapiro & Zielke, LLP
Case 18-30163                            3033 CAMPUS DR                           12550 West Frontage Road
District of Minnesota                    STE 250                                  Suite 200
St Paul                                  PLYMOUTH, MN 55441-2662                  Burnsville, MN 55337-2475
Mon Jun  4 15:44:47 CDT 2018

St Paul                                  Affinity Plus Credit Union               (p)AFFINITY PLUS FEDERAL CREDIT UNION
200 Warren E Burger Federal Building and 235 1st Avenue SE                        ATTN BANKRUPTCY DEPARTMENT
US Courthouse                            Cambridge MN  55008                      175 W LAFAYETTE FRONTAGE ROAD
316 N Robert St                                                                   SAINT PAUL MN 55107-1400
St Paul, MN 55101-1465


Bob & Janelle Marx                       Capital One, N.A.                        Carole Dowling
103 East Pleasant Street                 c/o Becket and Lee LLP                   8001 171st Lane NW
Castlewood SD 57223-2038                 PO Box 3001                              Anoka MN 55303-5585
                                         Malvern PA 19355-0701


Dave Gardner                             Dave Gardner [X]                         Debbie Scott
1342 Sherwood                            1342 Sherwood St                         c/o Child Support Enforcement
Braham MN 55006-2700                     Braham MN 55006-2700                     2830 Winkler Ave Ste 112
                                                                                  Fort Myers FL 33916-9301


Harold and Carole Dowling                Joe Whitesock                            John Bowies [X]
8001 171st Lane NW                       614 4th St                               2448 195th St
Anoka MN 55303-5585                      Thompson ND 58278-4228                   Luck WI 54853-3722


John Bowies                              Kay Jewelers                             Kohls
2448 195th Street                        PO Box 4485                              P.O. Box 3115
Luck WI 54853-3722                       Beaverton OR 97076-4485                  Milwaukee WI 53201-3115


Langer Construction Co                   Langer Construction Co. [X]              Legendary Loan Link, Inc.
54 Moreland East                         54 Moreland Avenue                       1339 South Lake Dr
West St Paul MN 55118-2495               Saint Paul MN 55118-2495                 Watertown SD 57201-5451


Midland Funding, LLC                     Midland Funding, LLC                     Minnco Credit Union
2365 Northside Drive                     Midland Credit Management, Inc. as       235 1st Avenue West
San Diego CA 92108-2709                  agent for Midland Funding, LLC           Cambridge MN 55008-1528
                                         PO Box 2011
                                         Warren, MI 48090-2011


Minnco Credit Union [X]                  Robert Beryl Marx                        Synchrony Bank/Lowes
235 First Avenue W                       103 East Pleasant Street                 PO Box 965005
Cambridge MN 55008-1528                  Castlewood SD 57223-2038                 Orlando FL 32896-5005


T Mobile/T-Mobile USA Inc                (p)T MOBILE                              Tammi Tallarico
by American InfoSource LP as agent       C O AMERICAN INFOSOURCE LP               40199 Golden Way
PO Box 248848                            4515 N SANTA FE AVE                      North Branch MN 55056-3347
Oklahoma City, OK  73124-8848            OKLAHOMA CITY OK 73118-7901
```

| | | |
|---|---|---|
| The Bureaus, Inc.<br>650 Dundee Rd.<br>Ste 370<br>Northbrook IL 60062-2757 | The Home Depot/CBNA<br>PO Box 6497<br>Sioux Falls SD 57117-6497 | US Trustee<br>1015 US Courthouse<br>300 S 4th St<br>Minneapolis, MN 55415-3070 |
| Wells Fargo Bank, N.A.<br>Attention: Payment Processing<br>MAC# X2302-04C<br>1 Home Campus<br>Des Moines, IA 50328-0001 | Wells Fargo Home Mortgage<br>P.O Box 10335<br>Des Moines IA 50306-0335 | Gregory A Burrell<br>100 South Fifth Street<br>Suite 400<br>Minneapolis, MN 55402-1250 |
| Nathan Myrum Hansen<br>Nathan M. Hansen, Attorney at Law<br>2440 N Charles Street<br>Suite 24<br>North St. Paul, MN 55109-3085 | TROY ROBERT MARX<br>1566 RUSH POINT DRIVE CIRCLE WEST<br>STANCHFIELD, MN 55080-6501 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Affinity Plus FCU<br>175 W. Lafayette Frontage Rd<br>Saint Paul MN 55107 | (d)Affinity Plus FCU<br>Attn: Tei P.<br>175 W Lafayette Frontage Rd<br>St. Paul, MN 55107 | T-Mobile Bankruptcy Team<br>PO Box 53410<br>Bellevue WA 98015-3410 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Bob and Janelle Marx<br>103 East Pleasant Street<br>Castlewood SD 57223-2038 | (u)Capitol One<br>650 Dundril Road, Ste 370<br>Northbrook I | (d)Joe Whitesock<br>614 4th Street<br>Thompson ND 58278-4228 |
| (d)Legendary Loan Link, Inc.<br>1339 South Lake Drive<br>Watertown SD 57201-5451 | (d)Wells Fargo Home Mortgage<br>PO Box 10335<br>Des Moines IA 50306-0335 | End of Label Matrix<br>Mailable recipients    37<br>Bypassed recipients     5<br>Total                  42 |